Same case below, 602 F.3d 1074.

**No. 10-392. Dodie Junkert, Petitioner v. Roger W. Massey.**

562 U.S. 1063, 131 S. Ct. 653, 178 L. Ed. 2d 481, 2010 U.S. LEXIS 9046.

November 29, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 610 F.3d 364.

**No. 10-394. Geoffrey Willard Atwell, Petitioner v. Jerome W. Walsh, Superintendent, State Correctional Institution at Dallas, et al.**

562 U.S. 1063, 131 S. Ct. 653, 178 L. Ed. 2d 481, 2010 U.S. LEXIS 9386, 

November 29, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 366 Fed. Appx. 393.

**No. 10-395. M. R. Mikkilineni, Petitioner v. City of Houston, Texas, et al.**

562 U.S. 1063, 131 S. Ct. 687, 178 L. Ed. 2d 481, 2010 U.S. LEXIS 9150.

November 29, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 435 Fed. Appx. 298.

**No. 10-396. Board of Directors of the Truckee-Carson Irrigation District, et al., Petitioners v. United States, et al.**

562 U.S. 1063, 131 S. Ct. 653, 178 L. Ed. 2d 481, 2010 U.S. LEXIS 9214.

November 29, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 10-399. Glenn Smith, Petitioner v. Walter A. McNeil, Secretary, Florida Department of Corrections.**

562 U.S. 1063, 131 S. Ct. 654, 178 L. Ed. 2d 481, 2010 U.S. LEXIS 9077.

November 29, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 10-403. Kathleen R. Wright, fka Kathleen R. Sanger, Petitioner v. Joy Brown, Personal Representative of the Estate of Edwin E. Sanger, Deceased.**

562 U.S. 1063, 131 S. Ct. 654, 178 L. Ed. 2d 481, 2010 U.S. LEXIS 9433.

November 29, 2010. Petition for writ of certiorari to the Court of Appeals of Michigan denied.

**No. 10-406. Louise Root, Petitioner v. Fairfax County, Virginia, et al.**

562 U.S. 1063, 131 S. Ct. 655, 178 L. Ed. 2d 481, 2010 U.S. LEXIS 9412.

November 29, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 371 Fed. Appx. 432.

**No. 10-408. Glacier Electric Cooperative, Inc., Petitioner v. The Estate of Scott Sherburne, et al.**

562 U.S. 1063, 131 S. Ct. 655, 178 L. Ed. 2d 481, 2010 U.S. LEXIS 9306.

November 29, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 385 Fed. Appx. 686.